IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICK HANNAN, DAWN LEMIEUX, ) <br> NICOLE GROOMES, and PEGGY HORN, ) <br> on behalf of themselves and others ) <br> similarly situated, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> THE HARTFORD FINANCIAL SERVICES, ) <br> INC., FAMILY DOLLAR STORES, INC., ) <br> FAMILY DOLLAR STORES INC. GROUP ) <br> INSURANCE PLAN ) <br> & PLAN ADMINISTRATORS, ) <br> ) <br> *Defendants.* ) | CIVIL ACTION NO. <br> 3:15-CV-00395-VLB |

## NOTICE OF APPEAL

Notice is hereby given that PATRICK HANNAN, DAWN LEMIEUX, NICOLE GROOMES, and PEGGY HORN, Plaintiffs in the above-captioned case ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's Memorandum Decision and Order granting Defendants' Motions to Dismiss (Dkt. No. 68), as well as the accompanying Judgment (Dkt. No. 69), both entered on March 29, 2016. Plaintiffs appeal from each and every part of the Memorandum and Order and Judgment referenced herein to the extent that they dismissed Plaintiffs' claims in this action.

Dated: April 26, 2016              Respectfully submitted,

                                            PATRICK HANNAN, DAWN LEMIEUX,
                                            NICOLE GROOMES, and PEGGY HORN

                                            By: __/s/ Seth R. Lesser_____

**One of their Attorneys**

| | | |
|---|---|---|
| **LAURA L. HO**<br>Goldstein, Borgen,<br>Dardarian & Ho<br>300 Lakeside Dr.<br>Suite 1000<br>Oakland CA 94612<br>510-763-9800<br>Fax: 510-835-1417<br>lho@gbdhlegal.com | **RAYMOND C. FAY**<br>Fay Law Group PLLC<br>1250 Conn. Ave, NW<br>Suite 200<br>Washington, DC 20036<br>202-263-4604<br>Fax: 202-261-3508<br>rfay@faylawdc.com | **MICHAEL M. MULDER**<br>Law Office of Michael M.<br>Mulder<br>321 S. Plymouth Court<br>Suite 1250<br>Chicago, Illinois 60604<br>312-263-0272<br>Fax: 312-263-2942<br>mmmulder@mmulderlaw.com |
| **CYRUS MEHRI**<br>Mehri & Skalet PLLC<br>1250 Connecticut Ave., NW<br>Suite 300<br>Washington, DC 20036<br>202-822-5100<br>Fax: 202-822-4997<br>cmehri@findjustice.com | **SETH R. LESSER**<br>Klafter Olsen & Lesser LLP<br>Two International Drive<br>Suite 350<br>Rye Brook, NY 10573<br>914-934-9200<br>Fax: 914-934-9220<br>Seth@klafterolsen.com | |

## **CERTIFICATE OF SERVICE**

I certify that on April 26, 2016, a copy of the foregoing NOTICE OF APPEAL was electronically filed using the CM/ECF system, which sent notification of such filing to the attorneys listed below:

Seth R. Lesser
Fran L. Rudich
Michael H. Reed
**KLAFTER OLSEN & LESSER LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
914-934-9200
slesser@klafterolsen.com
frudich@klafterolsen.com
michael.reed@klafterolsen.com

Michael M. Mulder
**LAW OFFICE OF MICHAEL M. MULDER**
321 South Plymouth Court, Suite 1250
Chicago, IL 60604
312-263-0272
mmmulder@mmulderlaw.com

Raymond C. Fay
**FAY LAW GROUP PLLC**
1250 Connecticut Ave, NW, Suite 200
Washington, DC 20036
202-263-4604
rfay@faylawdc.com

Richard Eugene Hayber
**HAYBER LAW FIRM LLC**
221 Main Street, Suite 502
Hartford, CT 06106
860-522-8888
rhayber@hayberlawfirm.com

James P. Walsh, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540

609-919-6647
jwalsh@morganlewis.com

Jeremy P. Blumenfeld
Michael J. Puma
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5258
jblumenfeld@morganlewis.com
mpuma@morganlewis.com

Michael D'Agostino
MORGAN, LEWIS & BOCKIUS LLP One State Street
One State St.
Hartford, CT 06103
860-240-2700
michael.dagostino@morganlewis.com

Daniel R. Thies
Sidley Austin LLP - CH, IL
One South Dearborn Street
Chicago, IL 60603
312-853-7571
312-853-7036
dthies@sidley.com

Joel S. Feldman
Sidley Austin LLP - CH, IL
One South Dearborn Street
Chicago, IL 60603
312-853- 2030
jfeldman@sidley.com

Mark B. Blocker
Sidley Austin LLP - CH, IL
One South Dearborn Street
Chicago, IL 60603
312-853-6097
mblocker@sidley.com

Jean Elizabeth Tomasco
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597
860-275-8323

jtomasco@rc.com

Theodore J. Tucci
Robinson & Cole, LLP-HTFD
280 Trumbull St.
Hartford, CT 06103
860-275-8210
ttucci@rc.com

                         By: **/s/ Seth R. Lesser**
                              Seth R. Lesser